UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CU VAN TRUONG,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>CITY OF SEATTLE, *et al.*,<br><br>　　　　　　　　Defendants. | Case No.　C12-0309-MJP<br><br>ORDER DISMISSING ACTION |

　　　　The Court, having reviewed plaintiff's civil rights complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

　　　　(1)　　The Court adopts the Report and Recommendation;

　　　　(2)　　Plaintiff's complaint, and this action, are DISMISSED without prejudice pursuant to 28 U.S.C § 1915(e)(2)(B); and

//

//

//

//

ORDER DISMISSING ACTION
PAGE - 1

01      (3)     The Clerk is directed to send copies of this Order to plaintiff and to the
02 Honorable Mary Alice Theiler.

03      DATED this 6th day of August, 2012.

                                    _____
                                    Marsha J. Pechman
                                    United States District Judge

ORDER DISMISSING ACTION
PAGE - 2